**Electronically Filed
Supreme Court
SCPW-25-0000546
29-SEP-2025
10:07 AM
Dkt. 12 ODDP**

SCPW-25-0000546

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ERIC B. DICK,
Petitioner,

vs.

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Respondent.

---

ORIGINAL PROCEEDING
(DB NO. 24-9006)

ORDER DENYING PETITION AND MOTION FOR STAY
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus, filed August 1, 2025, the motion for stay, filed September 9, 2025, Respondent's memorandum in opposition, filed September 15, 2025, Petitioner's reply in support of motion to stay, filed September 17, 2025, and the record, Petitioner has not demonstrated a clear and indisputable right to relief. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.  The motion for stay is denied as moot.

DATED:  Honolulu, Hawaiʻi, September 29, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens